### OFEILD agᵗ PERCHEAGO

Thomas Ofeild plaint. agᵗ Moses Percheago Defendᵗ in an action of the case for witholding of a debt of twenty three pounds in mony due for freight of goods on the Mary and Martha from Barbados to Boston & due damages according to attachment. Dat. July: 8ᵗʰ 1675. . . . The Jury . . . found for the plaint. Nine pounds mony & costs of Court being thirty Shillings & 8ᵈ [ 334 ]

### TUCKER agᵗ BLAKE

Robert Tucker plaint. agᵗ Edward Blake Defendᵗ in an action of debt due to him upon bill according to attachment dat. May: 22ᵒ 1675. . . . The Jury . . . founde for the plaint. the Summe of three pounds that is to Say thirty Shillings in mony & thirty Shillings in good Merchantable cloth & costs of Court being twenty four Shillings & four pence.

Execucion issued augᵒ 13ᵒ 1675.